**Jeffrey M. Edelson, OSB #88040**
JeffEdelson@MHGM.com
MARKOWITZ, HERBOLD, GLADE
 & MEHLHAF, P.C.
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204-3730
Tel:  (503) 295-3085
Fax:  (503) 323-9105

  Attorneys for Defendant
   Equifax Information Services LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JULIE MILLER,<br><br>       Plaintiff,<br><br>  vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, a foreign limited liability company,<br><br>       Defendant. | CV No.: CV 11-1231-BR<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT** |

  Defendant, Equifax Information Services LLC, submits the following corporate disclosure statement:

///

///

///

///

///

///

**Page 1 -** **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT**

Equifax Information Services LLC is a wholly owned subsidiary of Equifax Inc. Equifax Inc. is publicly traded on the New York Stock Exchange.

DATED this 4th day of November, 2011.

                MARKOWITZ, HERBOLD, GLADE
                        & MEHLHAF, P.C.

By: */s/ Jeffrey M. Edelson*
     Jeffrey M. Edelson, OSB #88040
     (503) 295-3085
     Of Attorneys for Defendant Equifax
     Information Services LLC

275334

**Page 2 -**   **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT**

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2011, I have made service of the foregoing **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT** on the party listed below in the manner indicated:

| | |
|---|---|
| Michael C. Baxter / Justin M. Baxter<br>Baxter & Baxter, LLP<br>8835 SW Canyon Lane, Suite 130<br>Portland, OR  97225 | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email<br>☒ Electronically via USDC CM/ECF system |

DATED this 4th day of November, 2011.

____/s/ Jeffrey M. Edelson_____
Jeffrey M. Edelson
OSB #88040
Attorney for Defendant Equifax Information
  Services LLC

**CERTIFICATE OF SERVICE**