# UNITED STATES DISTRICT COURT

### District of Oregon
### Portland Division

**Julie Miller,**

                            Plaintiff(s)

vs.                                                 **Case No:**    3:11-CV-1231-BR

**Equifax Information Services LLC,**

                            Defendant(s).

### Fed. R. Civ. P. 26(a)(1) Discovery Agreement

In accordance with LR 26-2, I state that the parties who have been served and who are not in default, have agreed to forego the disclosures required by Fed. R. Civ. P. 26(a)(1).

**DATED:** January 6, 2012

| | |
|---:|:---|
| **Signature:** | /s/ Michael C. Baxter |
| **Name & OSB ID:** | Michael C. Baxter 910203 |
| **e-mail address:** | michael@baxterlaw.com |
| **Firm Name:** | Baxter & Baxter, LLP |
| **Mailing Address:** | 8835 SW Canyon Lane, Suite 130 |
| **City, State, Zip:** | Portland, OR 97225 |
| **Phone Number:** | 503-297-9031 |
| **Parties Represented** | Plaintiff Julie Miller |

cc:     Counsel of Record