**MICHAEL C. BAXTER**
Oregon State Bar ID Number 91020
michael@baxterlaw.com
**JUSTIN M. BAXTER**
Oregon State Bar ID Number 99217
justin@baxterlaw.com
Baxter & Baxter LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172
Attorneys for Plaintiff Miller

Judge Anna J. Brown

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JULIE MILLER**,

       Plaintiff,

  v.

**EQUIFAX INFORMATION SERVICES LLC,** a foreign limited liability company,

       Defendant.

Case No.  3:11-cv-01231-BR

**JOINT STATUS REPORT**

Attorney for plaintiff Julie Miller, Michael C. Baxter, and attorney for Defendant Equifax Information Services, LLC, Lewis Perling, conferred regarding a proposed case management deadline and jointly propose the following deadlines to the Court for review at the January 19, 2012 Rule 16 conference:

    1.    File all pleadings by May 8, 2012.

Page  1 – **JOINT STATUS REPORT**

2. Join all claims by May 8, 2012.

3. Complete discovery by June 8, 2012.

4. File all pretrial and discovery motions by June 8, 2012.

5. File all dispositive motions by July 6, 2012.

6. Confer as to Alternate Dispute Resolution and Pre-trial Order by August 10, 2012.

7. File Joint Alternative Dispute Resolution report and Pre-trial Order by September 7, 2012.

8. Proposed Trial Date is November 6, 2012.

9. Pre-trial conference to be determined.

10. Expert witness deadline governed by FRCP 26(a)(2)(c).

DATED this 9th day of January, 2012.

/s/ Michael C. Baxter
_____
Michael C. Baxter, OSB # 910203
michael@baxterlaw.com
Justin M. Baxter, OSB # 992178
justin@baxterlaw.com
Telephone (503) 297-9031
Facsimile (503) 291-9172
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **JOINT STATUS REPORT**, to the following:

Lewis Perling
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521

    Attorney for Equifax Information Services, LLC


[ ]  Via First Class Mail

[ ]  Via Hand Delivery

[X]  Via Email (CM/ECF)


Dated: January 9, 2012.

                                      /s/ Michael C. Baxter
                                      _____
                                      Michael C. Baxter, OSB #910203
                                      michael@baxterlaw.com
                                      BAXTER & BAXTER, LLP
                                      8835 SW Canyon Lane, Suite 130
                                      Portland, Oregon 97225