# EXHIBIT C

**Jeffrey M. Edelson, OSB #88040**
JeffEdelson@MHGM.com
MARKOWITZ, HERBOLD, GLADE
& MEHLHAF, P.C.
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204
Tel: (503) 295-3085
Fax: (503) 323-9105

**Lewis P. Perling** (*Admitted Pro Hac Vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: lperling@kslaw.com

**Attorneys for Defendant Equifax**
**Information Services LLC**

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| JULIE MILLER, | 3:11-CV-01231-BR |
| Plaintiff, | DECLARATION OF LATONYA MUNSON IN SUPPORT OF EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant. | |

I, Latonya Munson, declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1. I am Consumer Research Analyst for Defendant Equifax Information Services LLC ("Equifax").

1

2. I am over 21 years of age and I have personal knowledge of the facts below based upon my experience and a review of Equifax's records. I am otherwise competent to provide this declaration.

3. Throughout the period relevant to this lawsuit, I have been employed by Equifax.

4. I have reviewed the credit file for the Plaintiff, Julie Miller, and there was no inquiry on the file by CTL Management in the fall of 2010 or at any time in the two years before the filing of this lawsuit.

Pursuant to 28 U.S.C. §1746, I further declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of September, 2011, at Atlanta, Georgia.

*(signed)*
Latonya Munson