**MICHAEL C. BAXTER**  
Oregon State Bar ID Number 910203  
michael@baxterlaw.com  
**JUSTIN M. BAXTER**  
Oregon State Bar ID Number 992178  
justin@baxterlaw.com  
**KACHELLE A. BAXTER**  
Oregon State Bar ID Number 120659  
kachelle@baxterlaw.com  
Baxter & Baxter LLP  
8835 S.W. Canyon Lane, Suite 130  
Portland, Oregon 97225  
Telephone (503) 297-9031  
Facsimile (503) 291-9172  
Attorneys for Plaintiff Miller

Judge Anna J. Brown

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JULIE MILLER**, | Case No. 3:11-cv-01231-BR |
| Plaintiff, | |
| v. | **PLAINTIFF'S DEPOSITION DESIGNATIONS** |
| **EQUIFAX INFORMATION SERVICES LLC,** a foreign limited liability company, | |
| Defendant. | |

Plaintiff Julie Miller ("plaintiff") submits the following deposition designations that it may use at trial, pending resolving resolution of motions in limine:

**I.  DEPOSITION OF LADEAMYA MIXON**

P. 8, l. 2-5; 19-25

Page  1 – **PLAINTIFF'S DEPOSITION DESIGNATIONS**

P. 9, l. 1-3

P. 22, l. 24-25

P. 23, l. 1-2; 6-7; 9-12; 15; 17-20; 23-24

P. 43, l. 16-18; 21; 23-24

P. 44, l. 1

P. 56, l. 3-6; 10

P. 67, l. 5-7; 10-11; 13-22; 25

P. 68, l. 17-22

P. 69, l. 5-7; 9-11

P. 80, l. 5; 8-17; 20-23

P. 81, l. 4-9; 14-15; 17-18; 21; 23-25

P. 82, l. 4; 20-22

P. 85, l. 24-25

P. 86, l. 1-5; 8-9

P. 91, l. 9-19

P. 95, l. 13-25

P. 96, l. 1-24

P. 97, l. 2; 4-25

P. 98, l. 1-18

P. 100, l. 22-25

P. 102, l. 17-25

P. 103, l. 1-7; 10-18; 23-25

P. 104, l. 1; 3-5; 9-23

Page  2 – **PLAINTIFF'S DEPOSITION DESIGNATIONS**

P. 105, l. 1; 3-4; 6; 8-12; 16-17; 19-20; 22-23; 25

P. 106, l. 1-2; 5; 7-8; 12-13; 15-16; 21-25

P. 107, l. 1-14

P. 108, l. 2-8; 17-25

P. 109, l. 1-4; 11-17

P. 112, l. 10-25

P. 113, l. 1-8

P. 114, l. 18-21

P. 115, l. 2-17; 20; 22-25

P. 116, l. 1-9; 13-14

## II.  DEPOSITION OF MARGARET LESLIE

P. 5, l. 19-20

P. 6, l. 2-7; 15-21; 23-25

P. 7, l. 1-2

P. 41, l. 1-5

DATED this 28th day of June, 2013.

/s/ Justin M. Baxter

_____
Justin M. Baxter, OSB No. 992178
justin@baxterlaw.com
(503) 297-9031 (Telephone)
(503) 291-9172 (Facsimile)
Attorney for Plaintiff

Page  3 – **PLAINTIFF'S DEPOSITION DESIGNATIONS**