—ORIGINAL—

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JULIE MILLER,       3:11-CV-01231-BR

      Plaintiff,       VERDICT FORM

v.

EQUIFAX INFORMATION SERVICES, LLC.,

      Defendant.

    We, the jury, being duly empaneled and sworn to try the above-entitled case, do unanimously find our Verdict as follows:

1.   Has Plaintiff proved by a preponderance of the evidence that Defendant *negligently* violated the Fair Credit Reporting Act as to one or more of Plaintiff's Four Claims?

    (In order for your answer to be "Yes," all eight of you must find Plaintiff proved each of the Elements of at least the same one or more of her Four Claims by a preponderance of the evidence. Otherwise, your answer is "No.")

    __X__ YES         _____ NO

    If your answer to Question 1 is "No," your Verdict is for Defendant, and your deliberations are complete. Do not answer any more questions. Your Presiding Juror should date and sign the Verdict.

    If your answer to Question 1 is "Yes," proceed to Question 2.

1 — VERDICT FORM

2.  What amount of actual damages has Plaintiff proved by a preponderance of the evidence that she sustained as a result of the violation(s) you found by answering "Yes" to Question 1?

    $ __180,000.00__

    Proceed to Question 3.

3.  Has Plaintiff proved by a preponderance of the evidence that Defendant acted *willfully* when it violated the Fair Credit Reporting Act in the way(s) you found by answering "Yes" to Question 1?

    __X__ YES      ____ NO

    If your answer to Question 3 is "No," your deliberations are complete. Do not answer any more questions. Your Presiding Juror should date and sign the Verdict.

    If your answer to Question 3 is "Yes," proceed to Question 4.

4.  Should Plaintiff be awarded punitive damages against Defendant?

    __X__ YES      ____ NO

    If your answer to Question 4 is "No," your deliberations are complete. Do not answer any more questions. Your Presiding Juror should date and sign the Verdict.

    If your answer to Question 4 is "Yes," proceed to Question 5.

5.  What amount of punitive damages should be awarded to Plaintiff because of Defendant's willful violation(s) of the Fair Credit Reporting Act that you found by answering "Yes" to Question 3?

    $ __18,400,000.00__

    DATED this __26__ day of July, 2013.

                                            _____
                                            Presiding Juror

2 - VERDICT FORM