IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JULIE MILLER,**                                        3:11-CV-01231-BR

      **Plaintiff,**

                                       **JUDGMENT**

**v.**

**EQUIFAX INFORMATION SERVICES, LLC.,**

      **Defendant.**

      This action was tried by a jury with Judge Anna J. Brown presiding, and the jury has rendered a Verdict, which was modified by the Court.

      IT IS HEREBY ORDERED that Plaintiff Julie Miller recover from Defendant Equifax Information Services, LLC, the amount of one million six hundred and twenty thousand dollars ($1,620,000) as and for punitive damages together with the amount of one hundred eighty thousand dollars ($180,000) as and for compensatory damages for a total amount of one million eight

1 - JUDGMENT

hundred thousand dollars ($1,800,000) plus post-judgment interest as provided by law at the rate of 0.12% from August 27, 2013, along with costs and attorneys' fees, which will be determined by the Court.

    IT IS SO ORDERED.

    DATED this 14th day of February, 2014.

                                           /s/ Anna J. Brown

                                        ANNA J. BROWN
                                        United States District Judge