**Jeffrey M. Edelson, OSB #88040**
JeffEdelson@MHGM.com
MARKOWITZ, HERBOLD, GLADE
& MEHLHAF, P.C.
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204
Tel: (503) 295-3085
Fax: (503) 323-9105

**Phyllis B. Sumner** (*Admitted Pro Hac Vice*)
**Lewis P. Perling** (*Admitted Pro Hac Vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100

*Attorneys for Defendant Equifax*
*Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

JULIE MILLER,

    Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES
LLC,

    Defendant.

Case No.: 3:11-CV-01231-BR

**NOTICE OF APPEAL**

Notice is hereby given that Equifax Information Services LLC, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on February 14, 2014, and from all other appealable orders,

1

including those interlocutory orders that merged with the final judgment, and any other final decisions of this Court.

Dated March 13, 2014:          /s/Phyllis B. Sumner
                               Phyllis B. Sumner (*Admitted Pro Hac Vice*)
                               Lewis P. Perling (*Admitted Pro Hac Vice*)
                               KING & SPALDING LLP
                               1180 Peachtree Street, N.E.
                               Atlanta, Georgia 30309
                               Tel: (404) 572-4600
                               Fax: (404) 572-5100

                               Jeffrey M. Edelson, OSB #88040
                               JeffEdelson@MHGM.com
                               MARKOWITZ, HERBOLD, GLADE
                               & MEHLHAF, P.C.
                               Suite 3000 Pacwest Center
                               1211 SW Fifth Avenue
                               Portland, OR 97204
                               Tel: (503) 295-3085
                               Fax: (503) 323-9105

                               *Attorneys for Defendant Equifax*
                               *Information Services LLC*

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2014, I have made service of the foregoing in the manner indicated:

| | |
|---|---|
| Michael C. Baxter<br>Justin Baxter<br>Kachelle Baxter<br>Baxter & Baxter<br>8835 S.W. Canyon Lane, Suite 130<br>Portland, Oregon 97225 | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email<br>☒ Electronically via USDC CM/ECF system |
| Maureen Leonard<br>P.O. Box 42210<br>Portland, OR 97242 | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email<br>☒ Electronically via USDC CM/ECF system |

/s/<u>Phyllis B. Sumner</u>
Phyllis B. Sumner
Counsel for Equifax
Information Services LLC