**MICHAEL C. BAXTER**, OSB No. 910203
michael@baxterlaw.com
**JUSTIN M. BAXTER**, OSB No. 992178
justin@baxterlaw.com
**KACHELLE A. BAXTER**, OSB No. 120659
kachelle@baxterlaw.com
Baxter & Baxter LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone 503-297-9031

**MAUREEN LEONARD**, OSB No. 823165
mleonard@pacifier.com
P.O. Box 42210
Portland, Oregon 97242
Telephone: 503-224-0212
    Attorneys for Plaintiff Miller

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JULIE MILLER**, | Case No. 3:11-cv-01231-BR |
|     Plaintiff/Appellee/Cross- Appellant, | |
|   v. | **NOTICE OF CROSS-APPEAL** |
| **EQUIFAX INFORMATION SERVICES LLC,** a foreign limited liability company, | |
|     Defendant/Appellant/Cross-Appellee. | |

    Notice is hereby given that Julie Miller, plaintiff in this action, hereby cross appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on February 14, 2014, in which the trial court reduced plaintiff's verdict for punitive

damages. The defendant's notice of appeal was filed on March 13, 2014. This notice of cross-appeal is timely pursuant to FRAP 4(a)(3).

DATED March 26, 2014.

/s/ Maureen Leonard
_____
Maureen Leonard OSB 823165
mleonard@pacifier.com
P.O. Box 42210
Portland, Oregon 97242
Telephone: 503-224-0212

Michael C. Baxter OSB 910203
michael@baxterlaw.com
Justin M. Baxter OSB No. 992178
justin@baxterlaw.com
Baxter & Baxter LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone 503-297-9031
(503) 297-9031 (Telephone)
(503) 291-9172 (Facsimile)

Attorneys for Plaintiff