**MICHAEL C. BAXTER**
Oregon State Bar ID Number 910203
michael@baxterlaw.com
**JUSTIN M. BAXTER**
Oregon State ID Number 992178
justin@baxterlaw.com
**KACHELLE A. BAXTER**
Oregon State Bar ID Number 120659
kachelle@baxterlaw.com
Baxter & Baxter LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone 503-297-9031
Facsimile 503-291-9172

**MAUREEN LEONARD**
Oregon State Bar ID Number 823165
P.O. Box 42210
Portland, Oregon 97242
Telephone: 503-224-0212
mleonard@pacifier.com

Judge Anna J. Brown

Attorneys for Plaintiff Miller

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **JULIE MILLER**, | Case No. 3:11-cv-01231-BR |
| Plaintiff, | |
| v. | **DECLARATION OF JUSTIN M. BAXTER FILED IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR ATTORNEY FEES** |
| **EQUIFAX INFORMATION SERVICES LLC,** a foreign limited liability company, | |
| Defendant. | |

I, Justin M. Baxter, make this declaration subject to penalty of perjury.

1. Attached hereto as Ex. 1 is a true copy of a page printed from the Markowitz Herbold law firm's website in 2010.

2. Attached hereto as Ex. 2 is a true copy of the Declaration of Phil Goldsmith, filed in support of plaintiff's motion for attorney fees in *Valentine v. Equifax,* U.S. Dist. Court (Or.) Case No. 05-CV-0801-JO.

3. Plaintiff has incurred additional attorney fees subsequent to the filing of the motion for attorney fees and cost bill as set forth below:

<u>Maureen Leonard Supplemental Billing: 3 hrs. at $425 = $1275</u>

| 3/18/14 | 1.5 | read settlement letter; review Opinion & Order on punitive damages; review briefing on punitive damages; phone MB/JB discuss appeal and settlement issues |
| 3/26/14 | 1.5 | prepare notice of cross-appeal; read defendant's opposition to attorney fees; review 9th Circuit packet, rules, forms |

<u>Michael Baxter Supplemental Billing: 2.1 hrs. at $425 = $892.50</u>

| 3/18/14 | .9 | read settlement letter (.1); phone ML to discuss appeal and settlement issues (.6); phone ML re: same (.2) |
| 3/25/14 | .5 | review response to attorney fee motion |
| 3/26/14 | .7 | read eml from LP re: settlement (.1); phone ML re: settlement, cross-appeal (.4), mtg. JB re: same (.2) |

<u>Justin Baxter Supplemental Billing: 8.6 hrs. at $375 = $3225</u>

| 3/18/14 | .9 | read settlement letter (.1); phone ML to discuss appeal and settlement issues (.6); phone ML re: same (.2) |
| 3/25/14 | .5 | review response to attorney fee motion |
| 3/26/14 | 5.7 | read eml from LP re: settlement (.1); phone ML re: settlement, cross-appeal (.4), mtg. MB re: same (.2); draft reply in support of fee motion (5.0) |

Page  2 – DECLARATION OF JUSTIN M. BAXTER FILED IN SUPPORT OF
PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR ATTORNEY FEES

3/27/14          1.5        revise reply in support of attorney fee motion

**Total Supplemental Billing = $5392.50**

DATED this 27th day of March, 2014.

Respectfully submitted,

/s/ Justin M. Baxter

_____
Justin M. Baxter, OSB No. 992178
justin@baxterlaw.com
(503) 297-9031 (Telephone)
(503) 291-9172 (Facsimile)
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DECLARATION OF JUSTIN M. BAXTER

on the following persons:

Jeffrey M. Edelson
Markowitz Herbold Glade & Mehlhaf, PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204

Phyllis Sumner
Lewis Perling
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309-3521
        Attorneys for Equifax Information Services

by the following indicated method:

____    by **mailing** full, true and correct copies thereof in sealed, first-class postage prepaid envelopes, addressed to them at the address set forth above and deposited with the United States Postal Service on the date set forth below.

____    by **electronically mailing** full, true and correct copies to the attorney(s) set forth above on the date set forth below.

_X_    by electronic delivery of full, true and correct copies through the court's **CM/ECF** system to the attorney(s) set forth above on the date set forth below.

____    by causing full, true and correct copies thereof to be **hand-delivered** to them at the address set forth above on the date set forth below.

____    by **facsimile** transmission of full, true and correct copies on the date set forth below.

DATED this 27th day of March, 2014.

                            Respectfully submitted,

                            /s/ Justin M. Baxter
                            _____
                            Justin M. Baxter, OSB No. 992178
                            justin@baxterlaw.com
                            (503) 297-9031 (Telephone)
                            (503) 291-9172 (Facsimile)
                            Attorney for Plaintiff