**MICHAEL C. BAXTER**
Oregon State Bar ID Number 91020
michael@baxterlaw.com
**JUSTIN M. BAXTER**
Oregon State Bar ID Number 99217
justin@baxterlaw.com
**KACHELLE A. BAXTER**
Oregon State Bar ID Number 120659
kachelle@baxterlaw.com
Baxter & Baxter LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172

**MAUREEN LEONARD**
Oregon State Bar ID Number 823165
P.O. Box 42210
Portland, Oregon 97242
Telephone (503) 224-0212
mleonard@pacifier.com

Attorneys for Plaintiff Miller

Judge Anna J. Brown

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JULIE MILLER**,<br><br>        Plaintiff,<br><br>   v.<br><br>**EQUIFAX INFORMATION SERVICES LLC,** a foreign limited liability company,<br><br>        Defendant. | Case No.  3:11-cv-01231-BR<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Page  1 – **PLAINTIFF'S UNOPPOSED MOTION TO DISMISS DEFENDANT EQUIFAX**

This matter having been settled by plaintiff Julie Miller ("plaintiff") and defendant Equifax Information Services, LLC ("Equifax"), plaintiff moves the Court for an order dismissing plaintiff's claims against Equifax with prejudice and without costs to either party. Equifax does not oppose this motion.

DATED this 15th day of January 2015.

/s/ Michael C. Baxter
_____
Michael C. Baxter, OSB # 910203
michael@baxterlaw.com
Justin M. Baxter, OSB # 992178
justin@baxterlaw.com
Kachelle A. Baxter, OSB # 120659
Telephone (503) 297-9031
Facsimile (503) 291-9172
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO DISMISS DEFENDANT EQUIFAX**, to the following:

Jeffrey M. Edelson
Markowitz Herbold Glade & Mehlhaf, PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204

Phyllis Sumner
Lewis Perling
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521

    Attorney for Equifax Information Services, LLC

by the following indicated method:

___     by **mailing** full, true and correct copies thereof in sealed, first-class postage prepaid envelopes, addressed to them at the address set forth above and deposited with the United States Postal Service on the date set forth below.

___     by **electronically mailing** full, true and correct copies to the attorney(s) set forth above on the date set forth below.

_X_     by electronic delivery of full, true and correct copies through the court's **CM/ECF** system to the attorney(s) set forth above on the date set forth below.

___     by causing full, true and correct copies thereof to be **hand-delivered** to them at the address set forth above on the date set forth below.

___     by **facsimile** transmission of full, true and correct copies on the date set forth below.

Dated: January 15, 2015.

                                        /s/ Michael C. Baxter
                                        _____
                                        Michael C. Baxter, OSB #910203
                                        michael@baxterlaw.com
                                        BAXTER & BAXTER, LLP
                                        8835 SW Canyon Lane, Suite 130
                                        Portland, Oregon 97225

Page 3 – **PLAINTIFF'S UNOPPOSED MOTION TO DISMISS DEFENDANT EQUIFAX**