**MICHAEL C. BAXTER**
Oregon State Bar ID Number 91020
michael@baxterlaw.com
**JUSTIN M. BAXTER**
Oregon State Bar ID Number 99217
justin@baxterlaw.com
**KACHELLE A. BAXTER**
Oregon State Bar ID Number 120659
kachelle@baxterlaw.com
Baxter & Baxter LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172

**MAUREEN LEONARD**
Oregon State Bar ID Number 823165
P.O. Box 42210
Portland, Oregon 97242
Telephone (503) 224-0212
mleonard@pacifier.com

Attorneys for Plaintiff Miller

Judge Anna J. Brown

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JULIE MILLER,<br><br>                    Plaintiff,<br><br>        v.<br><br>EQUIFAX INFORMATION SERVICES LLC, a foreign limited liability company,<br><br>                    Defendant. | Case No. 3:11-cv-01231-BR<br><br>**ORDER DISMISSING DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Page 1 – ORDER DISMISSING DEFENDANT EQUIFAX

THIS MATTER, having come before the Court on plaintiff's Unopposed Motion to Dismiss defendant Equifax Information Services, LLC, and pursuant to FRCP 41(a)(2);

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Equifax Information Services, LLC are dismissed with prejudice and without costs to either party.

DONE AND ORDERED on this 16th day of January 2015.

_____
HONORABLE ANNA J. BROWN
UNITED STATES DISTRICT COURT JUDGE