FILED

JUN 23 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JULIE MILLER, <br><br> Plaintiff - Appellee/ <br> Cross - Appellant, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant - Appellant/ <br> Cross - Appellee. | Nos. 14-35193; 14-35233 <br><br> D.C. No. 3:11-cv-01231-BR <br> District of Oregon, <br> Portland <br><br> ORDER |

The parties' joint motion to dismiss these appeals is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Ann Julius
Circuit Mediator

AJ/Mediation